**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-425-RJC-DCK**

| | |
|---|---|
| **SANDRA JONES and AUSTIN SMITH,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **MEMORANDUM AND** |
| ) | **RECOMMENDATION** |
| **SAXON MORTGAGE SERVICES, INC.,** and ) | |
| **SHAPIRO AND INGLE, LLP,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Shapiro and Ingle, LLP's "...Motion to Dismiss" (Document No. 8) and "Memorandum in Support of Motion to Dismiss" (Document No. 9). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review. Having carefully considered the arguments, the record, and the applicable authority, the undersigned will respectfully recommend that the motion to dismiss be <u>granted</u>.

Defendant Shapiro & Ingle, LLP filed its "Answer; Motion to Dismiss" (Document No. 8) and "Memorandum in Support of Motion to Dismiss" (Document No. 9) on December 4, 2009. Plaintiff failed to file a timely response. On February 10, 2010, the undersigned *sua sponte* issued an "Order" (Document No. 10) granting the Plaintiffs an extension of time, to and including February 26, 2010, to file a response. The Order also warned Plaintiffs that failure to respond would likely result in the motion to dismiss being granted. No response, or any other pleading, has been filed by Plaintiffs since this action began on October 5, 2009.

The Court's previous Order was sent by U.S. Mail to the Plaintiffs at the address they

provided in filing this lawsuit and was returned as undeliverable. If the Plaintiffs have relocated, they have apparently failed to inform the Court, or to otherwise participate in this lawsuit since filing their Complaint. Accordingly, the undersigned will respectfully recommend that the Defendant Shapiro & Ingle, LLP's "...Motion To Dismiss" (Document Nos. 8 and 9) be granted and that it be removed as a party to this litigation.

The undersigned also notes that Defendant Saxon Mortgage Services, Inc. filed a "Motion For Summary Judgment" (Document No. 13) on February 23, 2010. Plaintiffs' response to the motion for summary judgment is due by March 12, 2010. In accordance with the dictates of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the undersigned hereby advises the *pro se* Plaintiffs that they have a right to file a response in opposition to the pending motion for summary judgment. Any response filed by Plaintiffs should be accompanied by a brief containing a concise statement of reasons for opposition, as well as citation to the authorities upon which Plaintiffs rely in support of their opposition. Any pleadings presented to this Court for filing must be accompanied by a certificate stating that Plaintiffs have served copies on counsel for the Defendants. Plaintiffs' failure to respond will most likely result in the granting of summary judgment to Defendant, and thus the dismissal of this lawsuit.

**BASED ON THE FOREGOING, IT IS RECOMMENDED** that Defendant Shapiro and Ingle, LLP's "...Motion to Dismiss" (Document Nos. 8 and 9) be **GRANTED**.

### NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the proposed findings of fact, conclusions of law, and recommendation contained herein must be filed within **fourteen** (**14**) days of service of

same.  Page v. Lee, 337 F.3d 411, 416 n. 3 (4th Cir.2003); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir.1989); United States v. Rice, 741 F.Supp. 101, 102 (W.D.N.C.1990).  Failure to file objections to this Memorandum and Recommendation with the District Court constitutes a waiver of the right to *de novo* review by the District Court.  Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir.2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir.1997); Snyder, 889 F.2d at 1365.  Moreover, failure to file timely objections will preclude the parties from raising such objections on appeal.  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986); United States v. Schronce, 727 F.2d 91 (4th Cir.), cert. denied, 467 U.S. 1208 (1984).

The Clerk of Court is directed to send copies of this Order to Plaintiffs via U.S. Mail and to the Honorable Robert J. Conrad, Jr.

**IT IS SO RECOMMENDED**.

Signed: March 10, 2010

David C. Keesler
United States Magistrate Judge