# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sandra Jones and Austin Smith,

       Plaintiffs,                    JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-425-RJC

Saxon Mortgage Services, Inc., etc., et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2010 Order.

                                     Signed: June 28, 2010

Frank G. Johns, Clerk
United States District Court